NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEVEN PATTERSON,**
*Petitioner,*

**v.**

**OFFICE OF COMPLIANCE,**
*Respondent.*

---

2009-6002

---

On petition for review of a decision of the Board of Directors of the Office of Compliance in No. 07-AC-31.

---

**JUDGMENT**

---

JEFFREY H. LEIB, of Washington, DC, argued for petitioner.

WILLIAM WACHTER, Attorney, Office of Compliance, of Washington, DC, argued for respondent. With him on the brief was PETER A. EVELETH, General Counsel.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (GAJARSA, MAYER, and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


October 14, 2010      /s/ Jan Horbaly
Date               Jan Horbaly
                 Clerk